**Joseph GAUDIO, MD, Petitioner**

v.

**DRUG ENFORCEMENT ADMINISTRATION, Respondent.**

**No. 09–1109.**

United States Court of Appeals, District of Columbia Circuit.

Aug. 5, 2009.

James Frederick Segroves, Proskauer Rose LLP, Washington, DC, for Petitioner.

---

Teresa A. Wallbaum, Tritia Lindsay Yuen, Trial Attorney, U.S. Department of Justice, Washington, DC, for Respondent.

### ORDER

Upon consideration of petitioner's motion to dismiss the petition for review, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the Drug Enforcement Administration a certified copy of this order in lieu of formal mandate.